# United States District Court
## Eastern District of Michigan

United States of America

V.

ALI MAKKI

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 03CR80617-2; 05CR80879-3

USM Number: 31737-039

Clyde Pritchard
Defendant's Attorney

FILED
FEB 10 2006
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

**THE DEFENDANT:**

Pleaded guilty to count(s):  **1 and 2 of First Superseding Indictment.**

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 371 | Conspiracy to Traffic in and Smuggle Counterfeit Goods | 12/2004 | 1ss |
| 18 USC 1956(h) | Conspiracy to Launder Monetary Instruments | 12/2004 | 2ss |

The defendant is sentenced as provided in pages **2 through 4** of this judgment.  This sentence is imposed pursuant of the Sentencing Reform Act of 1984

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

February 02, 2006
Date of Imposition of Judgment

_____
Avern Cohn
United States District Judge

**FEB 1 0 2006**

Date Signed

DEFENDANT: ALI MAKKI
CASE NUMBER: 03CR80617-2

## PROBATION

The defendant is hereby sentenced to probation for a term of: 24 months on each count to be served concurrently.

The defendant shall not commit another federal, state or local crime.

If the defendant is convicted of a felony offense, DNA collection is required by Public Law 108-405.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court. Revocation of Probation is mandatory for possession of a controlled substance.

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report ot the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall supoort his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement; and

14) the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. Revocation of supervised release is mandatory for possession of a firearm.

gment in a Criminal Case
- Probation

Judgment-Page 3 of 4

DEFENDANT: ALI MAKKI
CASE NUMBER: 03CR80617-2

## SPECIAL CONDITIONS OF SUPERVISION UNDER PROBATION

The defendant shall participate in the home confinement program for a period of 6months. During this time the defendant will remain at his/her place of residence except for employment and other activities approved by the probation officer. The defendant will maintain a telephone at his/her place of residence without "call forwarding," a modem, "Caller ID," "call waiting," cordless telephones for the above period. At the direction of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures as specified by the probation offier. The defendant shall pay the costs of electronic monitoring.

The defendant shall make monthly installment payments on any remaining balance of the restitution at a rate and schedule recommended by the Probation Department and approved by the Court.

The defendant shall not incur any new credit charges or open additional lines of credit without the approval of the probation officer.

The defendant shall provide the probation officer access to any requested financial information.

**If the defendant is in compliance with the conditions of probation and makes confirmed arrangments to travel to Sierra Leone, Africa, the term of probation may be modified, terminated or reduced to non-reporting at the discretion of the Probation Officer.**

▓▓▓ent in a Criminal Case
▓▓▓iminal Monetary Penalties

Judgment-Page 4 of 4

DEFENDANT: ALI MAKKI
CASE NUMBER: 03CR80617-2

## CRIMINAL MONETARY PENALTIES

| | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS: | $ 300.00 | $ 0.00 | $ 10190.00 |

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Bollore, SA | | 0.00 | 10190.00 |
| TOTALS: | $ 0.00 | $ 10190.00 | |

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.